Electronically Filed
Supreme Court
SCWC-18-0000382
20-NOV-2024
10:21 AM
Dkt. 15 ODAC

SCWC-18-0000382

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ANELA SAN NICOLAS, INDIVIDUALLY, AND AS NEXT FRIEND OF H.M.,
A MINOR, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LOUIS
MARTIN; DEBRA ANN N. MAIOHO-POHINA, INDIVIDUALLY, AND AS NEXT
FRIEND OF N.M., A MINOR,
Respondents/Plaintiffs-Appellees,

vs.

EMBASSY HOUSE, LLP,
Respondent/Defendant/Cross-Claim Plaintiff/
Cross-Claim Defendant-Appellee,

And

STRUCTURAL SYSTEMS, INC.,
Respondent/Defendant/Cross-Claim Defendant/
Cross-Claim Plaintiff-Appellee,

and

STRUCTURAL SYSTEMS, INC.,
Respondent/Third-Party Plaintiff-Appellee,

vs.

COLOR DYNAMICS, INC.,
Petitioner/Third-Party Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000382; CASE NO. 1CC151001768)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, JJ., and
Circuit Judge Ochiai, in place of Devens, J., recused)

1

Petitioner Color Dynamics, Inc.'s Application for Writ of Certiorari, filed on September 30, 2024, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 20, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Dean E. Ochiai

